

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

January 16, 2025

**VIA ECF**

The Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re: SEC v. NanoBit Limited, et al., 2:24-cv-06517-JSB-ST**

Dear Judge Tiscione:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report in response to the Court's Text Order dated January 10, 2025.

      Defendants Fei Liao, Sweet Karma Fashion Inc., Nanobit Corporation, and Zhao Tropical Deli Inc. have all been served (Dkt. # 20-23) and the time has passed for them to file an answer or responsive pleading. In the interests of efficiency, the SEC intends to refrain from moving for entry of default under Fed. R. Civ. P. 55(a) until the remaining Defendants have been served and their time to file a responsive pleading has passed. Pursuant to the Court's November 25, 2024 Text Order, the time to serve the remaining Defendants Radiant Horizons Limited, Jiajie Liu, and Hua Zhao was extended to March 16, 2025. The SEC anticipates that it will be filing a motion for alternative service with respect to these unserved defendants in the short future.

                                        Respectfully submitted,

                                            /s/ Todd D. Brody
                                      Todd Brody
                                      Senior Trial Counsel
                                      Securities and Exchange Commission
                                      100 Pearl St., Suite 20-100
                                      New York, NY 10004
                                      (212) 336-0080
                                      brodyt@sec.gov