

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

July 7, 2025

**VIA ECF**

The Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re: SEC v. NanoBit Limited, et al., 2:24-cv-06517-JSB-ST**

Dear Judge Tiscione:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report in response to the Court's Text Order dated June 26, 2025.

      Each of the Defendants in this case was properly served. None of the Defendants has appeared and the time for each to answer the Complaint or otherwise move has passed. As such, on July 3, 2025, the SEC filed a request on ECF for the clerk to issue certificates of default.

      The next step in this case will be for the SEC to file its default judgment motion. This requires that the Commission, itself, authorize the relief that will be sought in the default judgment motion against each defendant. This process of obtaining authorization has already commenced but will take some time. Consequently, the SEC proposes that it file its default judgment motion within sixty days (no later than September 5, 2025).

      Respectfully submitted,

        /s/ Todd D. Brody
      Todd Brody
      Senior Trial Counsel
      Securities and Exchange Commission
      100 Pearl St., Suite 20-100
      New York, NY 10004
      (212) 336-0080
      brodyt@sec.gov