UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

NANOBIT LIMITED, RADIANT HORIZONS
LIMITED, SWEET KARMA FASHION INC.,
ZHA TROPICAL DELI. INC., JIAJIE LIU, FEI LAO,
and HUA ZHAO,

                Defendants.
------------------------------------------------------------------X

**CLERK'S CERTIFICATE OF DEFAULT**
CV 24-6517 (SJB) (ST)

      **I,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants NANOBIT LIMITED, RADIANT HORIZONS LIMITED, SWEET KARMA FASHION INC., ZHA TROPICAL DELI INC., JIAJIE LIU, FEI LAO, and HUA ZHAO have not filed an answer or otherwise moved with respect to the Complaint, and that the time to answer or move has expired.

      The defaults of defendants NANOBIT LIMITED, RADIANT HORIZONS LIMITED, SWEET KARMA FASHION INC., ZHA TROPICAL DELI, INC., JIAJIE LIU, FEI LAO, and HUA ZHAO are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: July 14, 2025
      Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                          BY:    /S/ JAMES J. TORITTO
                                        DEPUTY CLERK