

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

August 13, 2025

**VIA ECF**

The Honorable Sanket J. Bulsara
United States District Judge
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re: SEC v. NanoBit Limited, et al., 2:24-cv-06517-JSB-ST**

Dear Judge Bulsara:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter requesting an additional two weeks (until September 19, 2025), to file its default judgment motion against the defendants, none of whom have appeared in this action.  As per the SEC's prior status report of July 7, 2025 (Dkt. No. 37), the Commission, itself, must authorize the relief that will be sought in the default judgment motion against each defendant.  This process of obtaining authorization has taken a little more time than anticipated, which is the reason for the extension request.  As defendants have all defaulted, they are not prejudiced by this request.

                                   Respectfully submitted,

                                        /s/ Todd D. Brody
                                 Todd Brody
                                 Senior Trial Counsel
                                 Securities and Exchange Commission
                                 100 Pearl St., Suite 20-100
                                 New York, NY 10004
                                 (212) 336-0080
                                 brodyt@sec.gov