UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>NANOBIT LIMITED, et al.<br><br>Defendants. | 24 Civ. 6517 (SJB) (ST) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against Defendant Fei Liao

Dated: September 18, 2025

                                                    /s Todd D. Brody
                                          Todd D. Brody
                                          Senior Trial Counsel
                                          Securities and Exchange Commission
                                          New York Regional Office
                                          100 Pearl Street, Suite 20-100
                                          New York, NY 10004
                                          (212) 336-0080
                                          brodyt@sec.gov