UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                            **Plaintiff,**        24 Civ. 6517-SJB-ST

-against-

NANOBIT LIMITED, et al.,

                            **Defendants.**

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and the Declarations of Neil B. Hendelman, dated September 19, 2025 and of Nicholas Bohmann, dated September 19, 2025, and the exhibits thereto, Plaintiff Securities and Exchange Commission ("SEC"), shall move this Court at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, for an Judgment by Default, pursuant to Federal Rule of Civil Procedure 55(b)(2), against all Defendants.

Dated: New York, New York
         September 19, 2025

                        Respectfully submitted,

                        SECURITIES AND EXCHANGE COMMISSION

                        By:      /s Todd D. Brody
                                Todd D. Brody
                                Attorney for Plaintiff
                                SECURITIES AND EXCHANGE COMMISSION
                                100 Pearl St., Suite 20-100
                                New York, NY 10004
                                (212) 336-0080
                                brodyt@sec.gov