# Exhibit A

## Exhibit A: Personal Expenses Paid from Bank of America

| Category | Posted | Amount | Account Statement Description |
|---|---|---|---|
| Cash Withdrawals | 12/28/2023 | $3,800.00 | CA TLR cash withdrawal from CHK 4168 Banking Ctr BANK OF AMERICA PLAZA #0002129 CA     Confirmation# 1380761614 |
| Dining | 1/8/2024 | $22.34 | CHECKCARD 0107 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Dining | 1/8/2024 | $4.96 | CHECKCARD 0107 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Dining | 1/10/2024 | $19.96 | CHECKCARD 0110 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Dining | 1/11/2024 | $2.00 | CHECKCARD 0110 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Cash Withdrawals | 1/12/2024 | $18,300.00 | CA TLR cash withdrawal from CHK 4168 Banking Ctr BANK OF AMERICA PLAZA #0002129 CA Confirmation# 0109405210 |
| Dining | 1/12/2024 | $2.00 | CHECKCARD 0112 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Dining | 1/12/2024 | $1.32 | CHECKCARD 0112 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Travel | 1/16/2024 | $2,507.45 | PURCHASE 0115 HOTELSCOM7205221316399 HOTELS.COM WA 24692164015104357182682 CKCD 4722 4815880037983014 |
| Dining | 1/16/2024 | $39.63 | CHECKCARD 0116 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Dining | 1/16/2024 | $35.73 | CHECKCARD 0114 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Dining | 1/16/2024 | $24.81 | CHECKCARD 0115 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Dining | 1/16/2024 | $24.38 | PURCHASE 0113 UBER   EATS HELP.UBER.COMCA 24492154013717506374572 CKCD 5812 4815880037983014 |
| Dining | 1/16/2024 | $17.55 | CHECKCARD 0115 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Dining | 1/16/2024 | $9.60 | CHECKCARD 0115 UBER   *EATS San FranciscoCA            CKCD 5812 4815880037983014 |
| Travel | 1/16/2024 | $2.00 | PURCHASE 0113 UBER   MOXIEIZAKAYA HELP.UBER.COMCA 24492154013745511997228 CKCD 5812 4815880037983014 |

| | | | |
|---|---|---|---|
| Dining | 1/16/2024 | $2.00 | CHECKCARD 0114 UBER *EATS San FranciscoCA               CKCD 5812 4815880037983014 |
| Dining | 1/16/2024 | $2.00 | CHECKCARD 0115 UBER *EATS San FranciscoCA               CKCD 5812 4815880037983014 |
| Dining | 1/16/2024 | $1.00 | CHECKCARD 0115 UBER *EATS San FranciscoCA               CKCD 5812 4815880037983014 |
| Dining | 1/16/2024 | $1.00 | CHECKCARD 0115 UBER *EATS San FranciscoCA               CKCD 5812 4815880037983014 |
| Entertainment | 1/17/2024 | $321.60 | CHECKCARD 0117 SEATGEEK TICKETS HTTPSSEATGEEKNY 24492164017000006074298 CKCD 7922 4815880037983014 |
| Travel | 1/17/2024 | $16.67 | CHECKCARD 0117 UBER *TRIP San FranciscoCA               CKCD 4121 4815880037983014 |
| Entertainment | 1/17/2024 | $10.00 | CHECKCARD 0117 SLASH-GOLF.COM HTTPSSLASHGOLCA 24011344017000013464789 CKCD 5655 4815880037983014 |
| Travel | 1/18/2024 | $19.96 | CHECKCARD 0117 UBER *TRIP San FranciscoCA               CKCD 4121 4815880037983014 |
| Travel | 1/18/2024 | $9.96 | CHECKCARD 0117 UBER *TRIP San FranciscoCA               CKCD 4121 4815880037983014 |
| Travel | 1/19/2024 | $48.71 | CHECKCARD 0118 UBER *TRIP San FranciscoCA               CKCD 4121 4815880037983014 |
| Cash Withdrawals | 1/22/2024 | $1,000.00 | BKOFAMERICA ATM 01/22 #000007984 WITHDRWL       ATLANTIC-WHITTIER LOS ANGELES CA         CKCD 4815880037983014 |
| Cash Withdrawals | 1/23/2024 | $20,109.00 | CA TLR cash withdrawal from CHK 4168 Banking Ctr BANK OF AMERICA PLAZA #0002129 CA    Confirmation# 0503350439 |
| Retail | 1/23/2024 | $33.01 | CHECKCARD 0122 TMOBILE*PREPAID WEB 877-778-2106 WA 24692164022109783102627 CKCD 4814 4815880037983014 |
| Cash Withdrawals | 1/25/2024 | $6,400.00 | CA TLR cash withdrawal from CHK 4168 Banking Ctr BANK OF AMERICA PLAZA #0002129 CA    Confirmation# 1721794489 |
| Travel | 1/25/2024 | $799.00 | CHECKCARD 0124 JETSUITEX INC. 800-435-9579 TX 24116414024700524003317 CKCD 4722 4815880037983014 |
| Travel | 1/25/2024 | $559.00 | CHECKCARD 0124 JETSUITEX INC. 800-435-9579 TX 24116414024700524003697 CKCD 4722 4815880037983014 |
| Travel | 1/25/2024 | $263.10 | CHECKCARD 0123 DELTA AIR  00622050134 800-2211212 CA 24717054024870241393791 CKCD 3058 4815880037983014 |
| Travel | 1/25/2024 | $233.10 | CHECKCARD 0124 JETBLUE    27921440435 8005382583 NY 24055234024700898097809 CKCD 3174 4815880037983014 |

| | | | |
|---|---|---|---|
| Travel | 1/25/2024 | $100.00 | CHECKCARD 0124 JETBLUE 27921440600 8005382583 NY 24055234024700899596007 CKCD 3174 4815880037983014 |
| Cash Withdrawals | 1/29/2024 | $2,000.00 | CA TLR cash withdrawal from CHK 4168 Banking Ctr ATLANTIC-WHITTIER #0000314 CA Confirmation# 3756306905 |
| Retail | 1/29/2024 | $317.86 | MOBILE PURCHASE 0127 YVES SAINT LAURENT#404 COSTA MESA CA 24941684028838000181028 CKCD 5699 4815880037983014 |
| Retail | 1/30/2024 | $23.34 | CHECKCARD 0129 AMZN MKTP US*R24O77EC0 SEATTLE WA 24431064029083344141492 CKCD 5942 4815880037983014 |
| Travel | 1/31/2024 | $408.10 | CHECKCARD 0130 DELTA AIR 00622075996 800-2211212 CA 24717054031870310791199 CKCD 3058 4815880037983014 |
| Travel | 2/1/2024 | $1,678.00 | CHECKCARD 0131 JETSUITEX INC. 800-435-9579 TX 24116414031700524118918 CKCD 4722 4815880037983014 |
| Travel | 2/1/2024 | $54.90 | PURCHASE 0131 UBER TRIP HELP.UBER.COMCA 24492154031717572508200 CKCD 4121 4815880037983014 |
| Retail | 2/1/2024 | $32.31 | CHECKCARD 0131 AMZN MKTP US*R29334BZ0 SEATTLE WA 24431064031083708517366 CKCD 5942 4815880037983014 |
| Retail | 2/2/2024 | $62.50 | CHECKCARD 0201 SEPHORA.COM 877-SEPHORA CA 24692164032106984904395 CKCD 5977 4815880037983014 |
| Travel | 2/5/2024 | $1,239.00 | CHECKCARD 0202 JETSUITEX INC. 800-435-9579 TX 24116414033700524161429 CKCD 4722 4815880037983014 |
| Retail | 2/5/2024 | $44.17 | CHECKCARD 0203 AMZN MKTP US*R20QC9QY2 SEATTLE WA 24431064034083708266912 CKCD 5942 4815880037983014 |