# Exhibit B

**Exhibit A: Personal Expenses Paid from JPMorgan Chase**

| Category | Posted | Amount | Account Statement Description |
|---|---|---|---|
| Cash Withdrawals | 1/3/2024 | $500.00 | ATM Withdrawal 170 The Plz Teaneck NJ |
| Cash Withdrawals | 1/8/2024 | $1,000.00 | ATM Withdrawal 3901 Main St Flushing NY |
| Cash Withdrawals | 1/8/2024 | $3,000.00 | ATM Withdrawal 7940 Jericho Tpke Woodbury NY |