# Exhibit E



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

### SEC v. NanoBit Limited, et al. - 2:24-cv-6517 (NanoBit)

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$523,649.00** |
| 10/01/2023-12/31/2023 | 8.00% | 2.02% | $10,559.06 | $534,208.06 |
| 01/01/2024-03/31/2024 | 8.00% | 1.99% | $10,625.78 | $544,833.84 |
| 04/01/2024-06/30/2024 | 8.00% | 1.99% | $10,837.13 | $555,670.97 |
| 07/01/2024-09/30/2024 | 8.00% | 2.01% | $11,174.15 | $566,845.12 |
| 10/01/2024-12/31/2024 | 8.00% | 2.01% | $11,398.85 | $578,243.97 |
| 01/01/2025-03/31/2025 | 7.00% | 1.73% | $9,980.65 | $588,224.62 |
| 04/01/2025-06/30/2025 | 7.00% | 1.75% | $10,265.73 | $598,490.35 |
| 07/01/2025-08/31/2025 | 7.00% | 1.19% | $7,116.30 | $605,606.65 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **10/01/2023-08/31/2025** | | | **$81,957.65** | **$605,606.65** |