UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        -against-<br><br>NANOBIT LIMITED, et al.<br><br>                              Defendants. | 24 Civ. 6517-JSB-ST |

## DECLARATION OF JEREMY H. BRANDT

I, Jeremy H. Brandt, pursuant to 28 U.S.C. § 1746, declare as follows:

1.        I was admitted to appear in this case *pro hac vice* on September 30, 2024. I am over 18 years of age, and I am employed as Counsel in the Division of Enforcement in the New York Regional Office of Plaintiff Securities and Exchange Commission (the "SEC"). The SEC has moved for a default judgment, and I submit this Declaration to demonstrate that the SEC mailed its motion papers to the Defendants in compliance with Local Civil Rule 55.2(a)(3).

2.        This Declaration is based on my first-hand knowledge.

3.        On September 19, 2025, I mailed the SEC's Motion Judgment by Default and all documents in support (DE 42-45) to the last known residence or business address, as applicable, of each Defendant.

4.        The mailing was sent to NanoBit Limited at its only known business address, 7564 Aberdeen Way, Boulder, CO 80301.

5.        The mailing was sent to Radiant Horizons at its last known business address, 811 West 7th Street, Suite 1200, Los Angeles, CA 90017.

6. The mailing was sent to Zhao Tropical Deli at its last known business address, 215 Sunrise Hwy., Amityville, NY 11701.

7. The mailing was sent to Sweet Karma Fashion at its last known business address, 14695 Briar Forest Dr., Houston, TX 77077.

8. The mailing was sent to Jiajie Liu at her last known residence, 801 S. Hope St, Apt. 1411, Los Angeles. CA 90017.

9. The mailing was sent to Hua Zhao at his last known residence, 14443 38th Ave., 3rd Fl., Flushing, NY 11354.

10. If the mailings are returned, the SEC will file a supplemental certificate of service informing the Court and providing the reasons, to the extent known, that the mailings were returned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of September 2025.

        /s/ Jeremy H. Brandt
Jeremy H. Brandt
Counsel
Division of Enforcement
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004