UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff,

          -against-                        24 Civ. 6517-JSB-ST

NANOBIT LIMITED, et al.

                                    Defendants.

## SUPPLEMENTAL DECLARATION OF JEREMY H. BRANDT

I, Jeremy H. Brandt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I was admitted to appear in this case *pro hac vice* on September 30, 2024. I am over 18 years of age, and I am employed as Counsel in the Division of Enforcement in the New York Regional Office of Plaintiff Securities and Exchange Commission (the "SEC").

2. This Declaration is based on my first-hand knowledge.

3. On September 19, 2025, the SEC filed a motion for default judgment in this case. DE 42. Accompanying that motion, the SEC filed a declaration to demonstrate that it mailed its motion papers to the Defendants in compliance with Local Civil Rule 55.2(a)(3). DE 46.

4. On December 15, 2025, the SEC filed a supplemental declaration setting forth the fact that motion papers mailed to the defendants Jiajie Liu, Radiant Horizons Limited, NanoBit Limited, and Sweet Karma Fashion, Inc., were returned to the SEC. DE 48.

5. The instant supplemental declaration is being filed to inform the Court that on February 1, 2026, the motion papers mailed to Hua Zhao on September 19, 2025, at his last known residence, 14443 38th Ave., 3rd Fl., Flushing, NY 11354, were returned to the SEC. The

reasons provided were "Insufficient Address" and "Unable to Forward."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of February 2026.

                                               /s/ Jeremy H. Brandt
                                               Jeremy H. Brandt
                                               Counsel
                                               Division of Enforcement
                                               Securities and Exchange Commission
                                               New York Regional Office
                                               100 Pearl Street, Suite 20-100
                                               New York, NY 10004