

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

February 5, 2026

**VIA ECF**

The Honorable Sanket J. Bulsara
United States District Judge
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: SEC v. NanoBit Limited, et al., 2:24-cv-06517-JSB-ST**

Dear Judge Bulsara:

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report to inform the Court that none of the Defendants in this action have responded to the SEC's Motion for Default Judgment. As such, the SEC respectfully requests that the Court grant the SEC's motion and enter the proposed final judgment that the SEC attaches to this letter.

As background, the SEC commenced this action on September 17, 2024. DE 1. None of the defendants answered despite being properly served. On July 14, 2025, the Clerk of the Court issued certificates of default against each Defendant. DE 38. On September 19, 2025, the SEC moved for default judgment. DE 43-45. On the same date, the SEC filed the Declaration of Jeremy H. Brandt confirming that the SEC mailed the motion papers to each of the Defendants in compliance with Local Rule 55.2(a)(3). DE 46. In addition to the required mailing, on September 19, 2025, I personally texted Defendant Jiajie Liu (who also controls Defendant Radiant Horizons Limited) to inform her that the SEC had filed the default judgment motion.

On December 15, 2025, the SEC filed the Supplemental Declaration of Jeremy H. Brandt describing that mailings to Defendants NanoBit Limited, Radiant Horizons Limited, Sweet Karma Fashion, Inc., and Jiajie Liu were returned to the SEC as undeliverable. DE 48. On February 5, 2025, the SEC filed the another Supplemental Declaration of Jeremy H. Brandt describing that mailings to Defendant Hua Zhao were returned to the SEC as undeliverable. DE 49. Mailings sent to Defendant Zhao Tropical Deli, Inc. (which is controlled by Defendant Hua Zhao), however, were not returned. The SEC has no other mailing addresses for the individuals and entities whose mailings were returned.

Pursuant to Local Rule 6.1(b), Defendants had 14 days to file their opposition to the motion for default judgment. As such, the Defendants were required to oppose the motion by October 3, 2025. Defendants have had more than sufficient time to oppose the SEC's motion but have not done so. Nor have Defendants contacted the SEC or the Court to request additional

Hon. Judge Sanket J. Bulsara
February 5, 2026
Page 2

time.

      Therefore, and on the basis of the motion papers previously filed, the SEC respectfully requests that the Court grant the SEC's motion for default judgment and enter the proposed final judgment attached hereto.

                          Respectfully submitted,

                          /s/ Todd D. Brody
                        Todd Brody
                        Senior Trial Counsel
                        Securities and Exchange Commission
                        100 Pearl St., Suite 20-100
                        New York, NY 10004
                        (212) 336-0080
                        brodyt@sec.gov

Encl.:  Proposed Final Judgment