**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

    - against -

NANOBIT LIMITED, RADIANT HORIZONS
LIMITED, SWEET KARMA FASHION, INC., ZHAO
TROPICAL DELI INC., JIAJIE LIU, FEI LIAO, HUA
ZHAO,

           Defendants.
----------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 24-6517 (SJB) (ST)

FILED
CLERK
6/22/2026 9:44 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

    **It is ORDERED AND ADJUDGED** that Plaintiff SECURITIES AND EXCHANGE

COMMISSION is awarded a judgment against Defendants NANOBIT LIMITED, RADIANT

HORIZONS LIMITED, SWEET KARMA FASHION, INC., ZHAO TROPICAL DELI INC., JIAJIE

LIU, and HUA ZHAO in the total amount to be paid by each Defendant is: $ 1,796,857 by NanoBit, $

1,182,251 by Radiant Horizons, $ 1,182,251 by Zhao Deli, $ 1,182,251 by Sweet Karma, $ 120,088 by

Liu, and $ 55,204 by Zhao; Defendants must satisfy these obligations within 30 days following entry of

this Judgment; plus post-judgment interest to be calculated from the date the Court enters judgment until

the date of payment at the rate set forth in 28 U.S.C. § 1961; Defendants' are permanently enjoined from

violating, directly or indirectly, Section 10(b) of the Exchange Act and Rule 10b-5; Defendants' are

permanently enjoined from violating Section 17(a) of the Securities Act; Defendants' are permanently

enjoined from participating in the issuance, purchase, offer, or sale of any security or attempting to

induce the purchase or sale of a security by others, however, that nothing shall prevent Defendants Zhao

and Liu from purchasing or selling securities for his/her own personal accounts.; and that this case is

closed.

Dated: June 22, 2026 Central Islip, New York

                           BRENNA B. MAHONEY

                           CLERK OF COURT

                           BY:  /s/ GRISEL ORTIZ
                           DEPUTY CLERK